### UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| **CHARGE FUSION TECHNOLOGIES, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil No. 6:21-cv-01078-ADA** |
| **v.** | ) | |
| | ) | |
| **TESLA, INC.,** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

### CASE READINESS STATUS REPORT

Plaintiff, Charge Fusion Technologies, LLC, and Defendant, Tesla, Inc., hereby provide the following status report in advance of the initial Case Management Conference ("CMC").

### FILING AND EXTENSIONS

Plaintiff's Complaint was filed on October 15, 2021.[1]  There were two extensions for a total of fifty-two days, from November 5, 2021 to January 7, 2022.

### RESPONSE TO THE COMPLAINT

Defendant filed a partial Motion to Dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6) on January 7, 2022.[2]  Plaintiff's response is due by January 21, 2022.

### PENDING MOTIONS

The only pending motion is Defendant's partial Motion to Dismiss Plaintiff's Complaint.[3]

### RELATED CASES IN THIS JUDICIAL DISTRICT

There are no related cases in this Judicial District where a common patent is asserted.

---

[1] Doc. No. 1.
[2] Doc. No. 28.
[3] Doc. No. 28.

## IPR, CBM, AND OTHER PGR FILINGS

There are currently no pending IPR, CBM, or other PGR filings as of the date of this status report.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted U.S. Patent No. 9,853,488, U.S. Patent No. 10,819,135, and U.S. Patent No. 10,998,753 (collectively the "Asserted Patents").  Plaintiff currently estimates a total of forty-one (41) claims, but reserves the right to decrease the number of asserted claims in its Preliminary Infringement Contentions ("PICs").

Defendant objects to the assertion of forty-one (41) claims as improper and facially unreasonable.  Where Plaintiff asserts such a high volume of claims, Defendant will request an early reduction of asserted claims and/or schedule modifications to provide sufficient time to adequately prepare for the case.  *See, e.g.*, https://www.txwd.uscourts.gov/for-attorneys/judge-albright-courtroom-faq/.

Plaintiff has not yet served its PICs as of the date of this status report, but will serve its PICs no later than 7 days before the CMC.

## APPOINTMENT OF TECHNICAL ADVISER

If the Court believes that a technical advisor would assist the Court with claim construction and other technical issues, Plaintiff is amenable to the appointment of one. Otherwise, Plaintiff does not request that a technical advisor be appointed at this time but may request that a technical advisor be appointed at a future date.

Defendant does not request the appointment of a technical advisor.

## MEET AND CONFER STATUS

Plaintiff and Defendant met and conferred. With respect to pre-*Markman* issues to raise at the CMC, Defendant intends to file a transfer motion and requests a schedule to facilitate the potential

resolution of that motion prior to the *Markman* hearing set by the Court.  Plaintiff has no pre-*Markman* issues to raise at the CMC.  Plaintiff contends that the Court's Standing Order has established procedures for *Markman* and transfer motions and there are no reasons to depart from those procedures or in any way delay the *Markman* hearing.

Dated:  January 14, 2022                                    Respectfully Submitted

_/s/  Mark Samartino_
Deron R. Dacus
SBN: 00790553
ddacus@dacusfirm.com
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Tel: (903) 581-2543

Michael A. Berta (admitted _pro hac vice_)
Ryan Casamiquela (admitted _pro hac vice_)
michael.berta@arnoldporter.com
ryan.casamiquela@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER
LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Tel: (415) 471-3277

Nicholas H. Lee (admitted _pro hac vice_)
Daniel Shimell (admitted _pro hac vice_)
nicholas.lee@arnoldporter.com
daniel.shimell@arnoldpoter.com
ARNOLD & PORTER KAYE SCHOLER
LLP
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-5844
Tel: (213) 243-4156

Mark Samartino (admitted _pro hac vice_)
mark.samartino@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER
LLP
70 West Madison Street
Suite 4200
Chicago, IL 60602-4231
Tel: (312) 583-2437

_Attorneys for Defendant Tesla, Inc._

 _/s/  Frederick A. Tecce_
Frederick A. Tecce (admitted _Pro Hac Vice_)
fred.tecce@altimaadvisors.com
Pennsylvania Bar Number 47298
ALTIMA ADVISORS/ATTORNEYS, LLC
One Liberty Place – 55th Floor
1650 Market Street
Philadelphia, Pennsylvania 19103
Telephone No. (215) 268-7525
Facsimile No. (215) 268-7526

Bradley D. Liddle
bliddle@carterarnette.com
Texas Bar No. 24074599
Scott W. Breedlove
sbreedlove@carterarnett.com
Texas Bar No. 00790361
Michael Pomeroy
mpomeroy@carterarnette.com
Texas Bar No. 24098952
Theresa Dawson
Texas Bar No. 24065128
tdawson@carterarnett.com
Nathan Cox
ncox@carterarnett.com
Texas Bar No. 24105751
CARTER ARNETT PLLC
8150 N. Central Expy, 5th Floor
Dallas, Texas 75206
Telephone No. (214) 550-8188
Facsimile No. (214) 550-8185

_Attorneys forPlaintiff_
_Charge Fustion Technologies, LLC_

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system.

*/s/ Frederick A. Tecce*
Frederick A. Tecce